# C&M

## COLUCCI, COLUCCI & MARCUS, P.C.
### COUNSELORS AT LAW

Darin M. Colucci, Esq.
Tel: 617-698-6000
darin@coluccilaw.com

*FILED IN CLERKS OFFICE
2004 JUN 23 A 11: 36
U.S. DISTRICT COURT
DISTRICT OF MASS.*

June 21, 2004

John Joseph Moakley
U.S. Courthouse
CLERK'S OFFICE
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re:   **Eric Faretra v. John Keith, et al**
      **United States District Court of Massachusetts**
      **Docket No. 04 11133MLW**

Dear Sir or Madam:

Enclosed please find a copy of the Middlesex Superior Court Clerk's Notice regarding the above-mentioned matter. As you can see, our Motion to Extend Time for Service of Process on John Keith was allowed for an additional 90 days. Kindly notify my office, at the address listed below, of the directive for the Order of Notice.

Thank you for your courtesy.

Very truly yours,

COLUCCI, COLUCCI & MARCUS, P.C.

Darin M. Colucci

DC/sw
Enclosures

---

552 Adams Street ■ Milton, Massachusetts 02186 ■ Telephone: 617-698-6000 ■ Facsimile: 617-698-1262 ■ E-mail: attorneys@coluccilaw.com

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

Civil Docket MICV2004-00833

RE: Faretra v Keith et al

TO: Darin M Colucci, Esquire
Colucci & Colucci
552 Adams Street
Milton, MA 02186

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **06/10/2004**:

*RE: Plaintiff Eric Faretra's MOTION to Extend Time for Service of Process on John Keith an additional 90 days.*

**is as follows:**

**MOTION (P#6) ALLOWED Dated: June 2, 2004 (Kenneth J. Fishman, Justice)
Notices mailed June 10, 2004**

Dated at Cambridge, Massachusetts this 10th day of June, 2004.

Edward J. Sullivan,
Clerk of the Courts

BY:

Mark Toomey
Assistant Clerk

Telephone: 617-494-4010 EXT 4261

Copies mailed 06/10/2004

cvdresult_2.wpd 2577440 motallow johnson

**Bartlett Hackett Feinberg P.C.**

10 High St. Suite 920
Boston, MA 02110
Tel:(617)422-0200
Fax:(617)422-0383

FILED
IN CLERKS OFFICE

2004 JUN 23  P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 23, 2004

**By Hand**
Civil Clerk's Office
United States District Court
for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE:   Markel American Insurance Company v. Robert Madonna;
      U.S.D.C. C.A. No. 04-CV-10795 MLW

Dear Sir/Madam:

In connection with this matter, enclosed for filing and docketing, please find the following:

**Answer to Amended Complaint and Counterclaim**

Please forward us a Summons for use in serving the Defendant in Counterclaim (Cape Wide Insurance Agency, Inc.) added to this action by this pleading.

Thank you for your attention to this matter. If you have any questions, please call.

Very truly yours,

Richard E. Gentilli

Enclosure
cc:   Michael T. Farley, Esq. (w/enc.)
      Steven Goldman, Esq. (w/enc.)
      Christopher Stavros, Esq. (w/enc.)