TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

04- 833

Eric Faretra, Plaintiff(s)

v.

John Keith, et al, Defendant(s)

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
MAY 27 2004
CLERK

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Darin M. Colucci, Esquire Colucci, Colucci & Marcus, P.C. plaintiff's attorney, whose address is 552 Adams Street Milton, MA 02186, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Cambridge either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Cambridge the 3rd day of May, in the year of our Lord 2004

Edward J Sullivan
Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

May 18, 2004

**By virtue of this writ I have made diligent search for the within-named JOHN KEITH and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Deputy Expense ($15.00) Total Charges $15.00**

Deputy Sheriff

Dated: ..........................................

**N.B. TO PROCESS SERVER:**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

( )
( )
( )

**COMMONWEALTH OF MASSACHUSETTS**

MIDDLESEX, ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION
No. 04-833

Eric Faretra, Plff.

v.

John Keith, et al, Deft.

SUMMONS
(Mass. R. Civ. P. 4)

04014892

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. MICV2004-00833

Eric Faretra, Plaintiff(s)

v.

John Keith, et al, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Darin M. Colucci, Esquire Colucci, Colucci & Marcus, P.C., plaintiff's attorney, whose address is 552 Adams Street, Milton, MA 02186, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Cambridge either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Cambrdige the 7th day of May, in the year of our Lord 2004.

*Edward J. Sullivan*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

FORM NO. SUP. — 001

**COMMONWEALTH OF MASSACHUSETTS**

MIDDLESEX................ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. MICV2004-00833

Eric Faretta........................ Plff.

v.

John Keith, et al................... Deft.

SUMMONS
(Mass. R. Civ. P. 4)

( —— )
( ............................................. )
( ——————— )

**N.B. TO PROCESS SERVER:**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

Dated: ............................................................

............................................................
............................................................
............................................................
............................................................

**PROOF OF SERVICE OF PROCESS**

I hereby certify and return that on .................................................
20........., I served a copy of the within summons, together with a copy of the complaint in this action,
upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

# RETURN OF SERVICE

### John Keith

**May 13, 2004**
I hereby certify and return that service was unable to be made because I, Constable Timothy McGonigal, was unable to locate the defendant. I arrived at 216 Belmont Street, Malden, MA on May 13, 2004 and could not locate the defendant at said address. The address is a three (3) family residential dwelling. The names of the current occupants are: 1st floor, Jollymore; Floor 2, Bethoney; and Floor 3, Marguis. I spoke to Mr. Paul Bethoney, a resident of the second floor who stated that his aunt and late uncle, Paul Jollymore and himself did know the defendant, however, since his uncle died approximately 2 years ago, the defendant has not been around and he is not welcome as the families here view him as a 'very bad person'. Mr. Bethoney has no knowledge of the whereabouts of the defendant. After conducting a thorough investigation using Verizon Directory Assistance, United States Postal Service and the internet, I was unable to locate an address for the defendant...no service...due and diligent attempt.

_____
Constable & Court Appointed
Process Server

Subscribed and sworn before me,    James M. Desrosiers

this    **13th**    day of    **May**    , 2004.

_____
Notary Public
**My commission expires March 7, 2008**

MAY 27 2004
CLERK