SCANNED
DATE: _____
BY: K Boyce

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL 12 P 1:31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ERIC FARETRA, <br> Plaintiff <br><br> v. <br><br> JOHN KEITH and <br> CHAMPS SPORT SHOPS <br> OF MASSACHUSETTS, <br> INC., <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) CASE NO: 04 11133MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### Motion for an Order of Notice as to the Defendant, John Keith

Now comes the plaintiff, Eric Faretra and respectfully requests that this Honorable Court issue an Order of Notice pursuant to the provisions of Mass.R.Civ.P. 4(d)(2) and G.L. c. 227, §7.

In support of the plaintiff's request, the plaintiff states as follows:

1. The defendant, John Keith is a fugitive from justice and a warrant was issued for his arrest on March 6, 2003 after his failure to appear in the matter of Commonwealth v. John Keith, Middlesex Superior Court, Docket No.: MICR2001-00316.

2. The Plaintiff's last known residence was 216 Belmont Street, Malden, County of Middlesex. His last known location was Middlesex County Jail

3. Both the Middlesex County Deputy Sheriff's office and a Court appointed constable have been unable to locate John Keith at either of the aforementioned locations as evidenced by the attached diligent searches. (Exhibit 1)

*COLUCCI,*
*COLUCCI &*
*MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262

3. Accordingly, the plaintiff has been unable to serve the defendant, John Keith, and, therefore, requires an Order of Notice to effectuate service upon this defendant.

WHEREFORE, the plaintiffs respectfully request that this Honorable Court issue said Order of Notice.

Respectfully Submitted,
For The Plaintiff,
By His Attorneys,

COLUCCI, COLUCCI & MARCUS, P.C.

_____
Darin M. Colucci, BBO#563232
552 Adams Street
Milton, MA 02186
(617) 698-6000

Dated: July 7, 2004

*COLUCCI,*
*COLUCCI &*
*MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. MICV2004-00833

MIDDLESEX , ss
[seal]

Eric Faretra , Plaintiff(s)

v.

John Keith, et al , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Darin M. Colucci, Esquire Colucci, Colucci & Marcus, P.C. plaintiff's attorney, whose address is 552 Adams Street, Milton, MA 02186 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Cambridge either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Cambrdige the 7th day of May , in the year of our Lord 2004 .

Edward J Sullivan
Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

# RETURN OF SERVICE

## John Keith

**May 13, 2004**

I hereby certify and return that service was unable to be made because I, Constable Timothy McGonigal, was unable to locate the defendant. I arrived at 216 Belmont Street, Malden, MA on May 13, 2004 and could not locate the defendant at said address. The address is a three (3) family residential dwelling. The names of the current occupants are: 1st floor, Jollymore; Floor 2, Bethoney; and Floor 3, Marguis. I spoke to Mr. Paul Bethoney, a resident of the second floor who stated that his aunt and late uncle, Paul Jollymore and himself did know the defendant, however, since his uncle died approximately 2 years ago, the defendant has not been around and he is not welcome as the families here view him as a 'very bad person'. Mr. Bethoney has no knowledge of the whereabouts of the defendant. After conducting a thorough investigation using Verizon Directory Assistance, United States Postal Service and the internet, I was unable to locate an address for the defendant…no service…due and diligent attempt.

*[Signature]*
**Constable & Court Appointed Process Server**

Subscribed and sworn before me,   James M. Desrosiers

this   13th   day of   May   , 2004.

*[Signature]*
**Notary Public**
**My commission expires March 7, 2008**

*[Filed stamp: MAY 27 2004, Clerk, County of Middlesex]*

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-833

MIDDLESEX , ss
[seal]

Eric Faretra , Plaintiff(s)

v.

John Keith, et al , Defendant(s)

## SUMMONS

FILED IN THE OFFICE OF THE CLERK OF THE COURTS
MAY 27 2004
CLERK

To the above-named Defendant:

You are hereby summoned and required to serve upon Darin M. Colucci, Esquire Colucci, Colucci & Marcus, P.C. plaintiff's attorney, whose address is 552 Adams Street Milton, MA 02186 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Cambridge ................. either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Cambridge
the 3rd day of May
................, in the year of our Lord 2004 .

*Edward J Sullivan*
Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

# MIDDLESEX SHERIFFS OFFICE

## REASON FOR UNSERVED SUMMONS

NAME: JoHN KeiTH

ADDRESS: 40 Thorndike ST
         CAmb.

**REASON UNABLE TO SERVE**

NO SUCH STREET ___ NUMBER ___ PERSON ___

ADDRESS UNKNOWN _____

WILL BE AWAY UNTIL _____

IS NOW LIVING AT _____

MOVED TO _____

OTHER: No Longer There

DEPUTY: Michael A. Doyle

DATE: 5-11-04

REMARKS: _____