IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

|  |  |
|---|---|
| ERIC FARETRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11133-MLW |
| ) | |
| JOHN KEITH and CHAMPS ) | |
| SPORTS SHOPS OF ) | |
| MASSACHUSETTS, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION OF ROBERT P. JOY FOR LEAVE TO ADMIT WILLIAM C. MARTUCCI, ERIC W. SMITH, AND KEVIN M. SMITH TO PRACTICE IN A PARTICULAR CASE

Pursuant to Local Rule 83.5.3(b), Robert P. Joy, Esq., an attorney at the firm of Morgan, Brown & Joy LLP, moves the Court for leave to allow William C. Martucci, Esq., Eric W. Smith, Esq., and Kevin M. Smith, Esq., attorneys at the law firm of Shook, Hardy & Bacon, L.L.P., Kansas City, Missouri, to practice before this Court on behalf of real defendant in interest Armel, Inc., in the above-captioned matter.

In support of this Motion, the undersigned states:

1. I am a member of the bar of this Court, and have filed an appearance on behalf of Defendant, Armel, Inc.

2. Attorney William C. Martucci, Attorney Eric W. Smith, and Attorney Kevin M.

1457953v1

Smith have executed certifications which comply with the provisions of Local Rule 83.5.3(b). Copies of these certifications are attached as Exhibits "A," "B," and "C," respectively.

3. The undersigned supports this application and shall also appear on behalf of Defendant, Armel, Inc. Morgan, Brown & Joy LLP will receive service of pleadings, documents and communications from Plaintiff's counsel and the Court on behalf of Defendant, Armel, Inc.

WHEREAS, the undersigned respectfully moves the Court to grant the present motion and allow William C. Martucci, Eric W. Smith, and Kevin M. Smith to appear on behalf of Defendant, Armel, Inc., in the above matter.

Respectfully Submitted,

Robert P. Joy, B.B.O. #254820
MORGAN, BROWN & JOY LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: July 13, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via U.S. Mail upon counsel for plaintiff, Darin M. Colucci, Esq., Colucci, Colucci & Marcus, P.C., 552 Adams Street, Milton, Massachusetts 02186, this 13th day of July, 2004.

Robert P. Joy

1457953v1