IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

| | |
|---|---|
| ERIC FARETRA, | ) |
|       Plaintiff, | ) |
| v. | )   Civil Action No. 04-11133-MLW |
| JOHN KEITH, et. al. | ) |
|       Defendants. | ) |

**NOTICE OF APPEARANCE**

    Please enter my appearance as co-counsel with Robert P. Joy for Defendant Armel, Inc., in the above-referenced matter.

Respectfully submitted,

MORGAN BROWN & JOY, LLP

By:   /s/ Gregory A. Manousos
       Gregory A. Manousos BBO #631455

MORGAN, BROWN & JOY LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: July 29, 2004