IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ERIC FARETRA, | |
| Plaintiff, | |
| vs. | Case No. 1:04-cv-11133-MLW |
| JOHN KEITH, et al., | |
| Defendants. | |

### ARMEL, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER OF NOTICE AS TO THE DEFENDANT, JOHN KEITH, AND REQUEST FOR MORE DEFINITE STATEMENT OF PLAINTIFF'S MOTION

On July 12, 2004, plaintiff filed a Motion for an Order of Notice as to the Defendant, John Keith. In his motion, plaintiff states that he is requesting "that this Honorable Court issue an Order of Notice pursuant to the provisions of Mass. R. Civ. P. 4(d)(2) and G.L. c. 227, § 7." Plaintiff's motion does not, however, provide any additional information with respect to the desired form or content of the requested order or the grounds for issuing such an order.

Without additional information, defendant Armel, Inc. is unable to determine whether to further respond to plaintiff's motion. Under Rule 7 of the Federal Rules of Civil Procedure, motions filed in federal court are required to set forth the requested order or relief, and the grounds therefor, with particularity. *See* Fed. R. Civ. P. 7(b)(1). Armel hereby requests that the Court order plaintiff to provide a more particular statement of the order or relief requested in his pending motion, so that Armel may determine the appropriateness of the request.

Date:   July 29, 2004             Respectfully submitted,

                                  MORGAN BROWN & JOY, LLP


                                  By:    /s/ Robert P. Joy
                                         Robert P. Joy         BBO #254820

                                  One Boston Place
                                  Boston, Massachusetts 02108-4472
                                  Telephone: (617) 523-6666
                                  Facsimile: (617) 367-3125


                                  SHOOK, HARDY & BACON L.L.P.


                                  By:    /s/ Eric W. Smith
                                         William C. Martucci(to be admitted pro hac vice)
                                         Eric W. Smith   (to be admitted pro hac vice)
                                         Kevin M. Smith(to be admitted pro hac vice)

                                  2555 Grand Blvd.
                                  Kansas City, Missouri  64108
                                  Telephone: (816) 474-6550
                                  Facsimile: (816) 421-5547

                                  ATTORNEYS FOR ARMEL, INC.


### Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing is being filed with the Court via the Court's electronic case filing system (ECF) and shall be served upon all counsel of record via the ECF system's e-mailing functions this 29th day of July, 2004.

                                         /s/ Robert P. Joy
                                         Counsel for Armel, Inc.