IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ERIC FARETRA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN KEITH, et al.,<br><br>  Defendants. | Case No. 1:04-cv-11133-MLW |

### ARMEL, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER OF NOTICE AS TO THE DEFENDANT, JOHN KEITH, AND REQUEST FOR MORE DEFINITE STATEMENT OF PLAINTIFF'S MOTION

On July 12, 2004, plaintiff filed a Motion for an Order of Notice as to the Defendant, John Keith. In his motion, plaintiff states that he is requesting "that this Honorable Court issue an Order of Notice pursuant to the provisions of Mass. R. Civ. P. 4(d)(2) and G.L. c. 227, § 7." Plaintiff's motion does not, however, provide any additional information with respect to the desired form or content of the requested order or the grounds for issuing such an order.

Without additional information, defendant Armel, Inc. is unable to determine whether to further respond to plaintiff's motion. Under Rule 7 of the Federal Rules of Civil Procedure, motions filed in federal court are required to set forth the requested order or relief, and the grounds therefor, with particularity. *See* Fed. R. Civ. P. 7(b)(1). Armel hereby requests that the Court order plaintiff to provide a more particular statement of the order or relief requested in his pending motion, so that Armel may determine the appropriateness of the request.

Date:   July 29, 2004　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MORGAN BROWN & JOY, LLP


　　　　　　　　　　　　　　　　　　　By:　　/s/ Robert P. Joy　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Robert P. Joy　　　　BBO #254820

　　　　　　　　　　　　　　　　　　　One Boston Place
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108-4472
　　　　　　　　　　　　　　　　　　　Telephone: (617) 523-6666
　　　　　　　　　　　　　　　　　　　Facsimile: (617) 367-3125


　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.


　　　　　　　　　　　　　　　　　　　By:　　/s/ Eric W. Smith　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　William C. Martucci(to be admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　　Eric W. Smith   (to be admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　　Kevin M. Smith(to be admitted pro hac vice)

　　　　　　　　　　　　　　　　　　　2555 Grand Blvd.
　　　　　　　　　　　　　　　　　　　Kansas City, Missouri  64108
　　　　　　　　　　　　　　　　　　　Telephone: (816) 474-6550
　　　　　　　　　　　　　　　　　　　Facsimile: (816) 421-5547

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR ARMEL, INC.


### Certificate of Service

　　　The undersigned hereby certifies that a true and correct copy of the foregoing is being filed with the Court via the Court's electronic case filing system (ECF) and shall be served upon all counsel of record via the ECF system's e-mailing functions this 29th day of July, 2004.


　　　　　　　　　　　　　　　　　　　　　/s/ Robert P. Joy　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Counsel for Armel, Inc.