IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

| | |
|---|---|
| ERIC FARETRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11133-MLW |
| ) | |
| JOHN KEITH, et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel with Robert P. Joy for Defendant Armel, Inc., in the above-referenced matter.

                        Respectfully submitted,

                        MORGAN BROWN & JOY, LLP

            By:    /s/ Gregory A. Manousos
                     Gregory A. Manousos BBO #631455

                     MORGAN, BROWN & JOY LLP
                     One Boston Place
                     Boston, MA 02108
                     (617) 523-6666

Dated: July 29, 2004