UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ERIC FARETRA** | **CIVIL CASE** |
| | **NO. 04-11133-MLW** |
| V. | |
| **JOHN KIETH et al** | |
| Defendant(s) | |

**WOLF, D.J.**         **NOTICE OF RESCHEDULING/CANCELLATION**

The **SCHEDULING CONFERENCE** previously scheduled for **MAY 2, 2005** at **4:30 P.M.** before Judge **Wolf**, has been CANCELLED. It has been RESCHEDULED for **MAY 11, 2005** at **3:00 PM** in courtroom 10 on the 5th floor.

                                                                 **SARA A. THORNTON**
                                                                 **CLERK OF COURT**

**April 28, 2005**                          By:    **/s/ Dennis O'Leary**
**Date**                                              **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                           [ntchrgcnf.]