**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ERIC FARETRA** | **CIVIL CASE** |
| | **NO. 04-11133-MLW** |
| **V.** | |
| **JOHN KEITH, et al** | |
|       **Defendant(s)** | |

**WOLF, D.J.**     **NOTICE OF RESCHEDULING/CANCELLATION**

The **SCHEDULING CONFERENCE** previously scheduled for **MAY 11, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED. It has been RESCHEDULED for **JUNE 1, 2005** at **4:00 PM** in courtroom 10 on the 5th floor.

                                                                        **SARA A. THORNTON**
                                                                        **CLERK OF COURT**

**May 3, 2005**                                    **By:**    **/s/ Dennis O'Leary**
**Date**                                                             **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                                                                                   [ntchrgcnf.]